UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ONSTREAM MEDIA CORPORATION | § § | |
| vs. | § § | NO: AU:20-CV-00214-ADA |
| FACEBOOK INC. | § § | |

### ORDER SETTING TELEPHONIC DISCOVERY HEARING

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on June 03, 2020 at 03:45 PM . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **3rd day of June, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE