IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ONSTREAM MEDIA CORPORATION,**<br>　　　*Plaintiff*<br><br>-vs-<br><br>**FACEBOOK INC.,**<br>　　　*Defendant* | **1-20-CV-00214-ADA** |

## CLAIM CONSTRUCTION ORDER

The parties requested the Court to construe claim terms of U.S. Patent Nos. 9,161,068; 9,467,728; 10,038,930; and 10,200,648. The Court provided preliminary constructions on January 13, 2021 and held a claim construction hearing on January 14, 2021. After careful consideration of the parties' briefs, oral arguments, and the applicable law, the Court enters its final constructions for each term as shown below:

| Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Final Construction |
|---|---|---|---|
| Browser-independent<br><br>'068 patent claims 1, 35<br><br>'930 patent claim 1<br><br>'930 patent claim 11 | Not specific to any standard Internet browser and does not require an additional plugin or other additional custom/special recording software application to be installed locally on the user front end | Capable of running on any standard Internet browser | Capable of running on any standard Internet browser |
| Platform-independent<br><br>'728 patent claims 1, 11<br><br>'728 patent claim 21 | Capable of running in any standard operating system and its associated hardware | Capable of running on any standard operating system and standard Internet browser, and their associated hardware | Capable of running in any standard operating system and its associated hardware |

| Recorded video material

'728 patent claim 20

'648 patent claim 9

'648 patent claim 13 | Plain and ordinary meaning | Indefinite | Not indefinite; plain and ordinary meaning |
|---|---|---|---|

SIGNED this 25th day of May, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE